PROB 12C
(6/16)

Report Date: November 15, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | David James Eric Mosney | Case Number: | 0980 2:11CR02087-EFS-1 |

Last Known Address of Offender:  ███████████████  Connell, Washington 99326

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 17, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 108 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J Hanlon | Date Supervision Commenced: | June 7, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | June 6, 2025 |

## PETITIONING THE COURT

To issue a **WARRANT**.

On June 7, 2022, Mr. Mosney released from the Bureau of Prisons and commenced his term of supervised release. On June 14, 2022, all the conditions of supervised release were reviewed with Mr. Mosney, which he verbalized a full understanding, signed a copy of his conditions, and was provided with a copy. On June 24, 2022, all the conditions of supervised release were again reviewed with Mr. Mosney, which he verbalized a full understanding.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: David James Eric Mosney is considered to be in violation of his term of supervised release by committing the offense of assault-domestic violence on or about November 6, 2022.<br><br>According to the Affidavit in Support of Probable Cause Statement for Franklin County case number 22-1-50575-11 , on November 9, 2022, the victim made contact with the Connell Police Department and reported Mr. Mosney, who is her live-in boyfriend, assaulted her on November 6, 2022. The victim indicated Mr. Mosney punched and slapped the victim, hitting her multiple times in the head and face. Mr. Mosney also threw a phone at the victim, which struck her in the back of the head. The victim could not call the police because Mr. Mosney took her cell phone away from her and would not give it back. The victim attempted to leave the residence to get help and Mr. Mosney grabbed her and pushed her back onto a |

Prob12C
**Re: Mosney, David James Eric**
**November 15, 2022**
**Page 2**

love seat. At that point, Mr. Mosney pinned her down on the couch. She reported she could not leave the residence because Mr. Mosney threatened he would beat her if she moved . The victim reported Mr. Mosney began hitting the her again and the victim placed herself in a fetal position to protect herself. Mr. Mosney continued to hit her in the thigh and arm. Mr. Mosney then grabbed a partially filled bottle of whiskey and drank what was left in the bottle.  then hit her with the empty bottle. The victim reported Mr. Mosney hit her in the head, face, and nose with the empty whiskey bottle.  The victim also reported Mr. Mosney at one point pulled out a small box knife and threatened to cut her. The victim was later examined at the hospital emergency room and the doctor confirmed she sustained a broken nose.

2  **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: David James Eric Mosney is considered to be in violation of his term of supervised release by committing the offense of unlawful imprisonment-domestic violence on or about November 6, 2022.

See narrative above for violation number 1.

3  **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: David James Eric Mosney is considered to be in violation of his term of supervised release by committing the offense of interfering with reporting of  domestic violence on or about November 6, 2022.

See narrative above for violation number 1.

4  **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: David James Eric Mosney is considered to be in violation of his term of supervised release by committing the offense of harassment-domestic violence on or about November 6, 2022.

See narrative above for violation number 1.

5  **Special Condition # 18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: David James Eric Mosney is considered to be in violation of his term of supervised release by using alcohol on or about November 6, 2022.

According to the Affidavit in Support of Probable Cause Statement for Franklin County case number 22-1-50575-11, Mr. Mosney grabbed a partially filled bottle of whiskey and drank what was left in the bottle on November 6, 2022.

Prob12C
**Re: Mosney, David James Eric**
**November 15, 2022**
**Page 3**

| | |
|---|---|
| 6 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: David James Eric Mosney is considered to be in violation of his term of supervised release by failing to report for drug testing as required on or about November 7, 2022.

On June 24, 2022, Mr. Mosney was referred to Merit Resource Services (Merit) to complete a substance abuse evaluation and to participate in the color line program for random drug testing. Mr. Mosney was instructed to call the color line daily, Monday -Friday, and report in person to Merit for drug testing when his assigned color, Gold, was called. Mr. Mosney verbalized understanding these instructions.

On November 7, 2022, Mr. Mosney failed to report to Merit for drug testing as required when his assigned color was called. Later that same date, Mr. Mosney sent the undersigned officer a text message confirming he did not report for drug testing earlier that date. |
| 7 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: David James Eric Mosney is considered to be in violation of his term of supervised release by using a controlled substance, methamphetamine, on or about November 7, 2022.

On November 8, 2022, the undersigned officer made telephonic contact with Mr. Mosney. During this contact, Mr. Mosney admitted to the undersigned officer he used methamphetamine the night before. |

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 15, 2022

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
Re: Mosney, David James Eric
November 15, 2022
Page 4

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

November 15, 2022

Date